# CERTIFICATE OF SERVICE

I, <u>Gini L. Downing</u> (name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u> (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Jay Jaffe
Faegre Drinker Biddle & Reath LLP
600 E. 96th Street, Suite 600
Indianapolis, IN 46240

Mary C. Comerford
Lilly Corporate Center
Indianapolis, IN 46285
317-276-2000

Eli Lilly and Company
1500 South Harding Street
Indianapolis, IN 46221

Jay Jaffe
Faegre Drinker Biddle & Reath LLP
600 E. 96th Street, Suite 600
Indianapolis, IN 46240

Eli Lilly and Company
Attn: Jay Jaffe, Partner
Lilly Corporate Center
Indianapolis, IN 46285

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Eli Lilly and Company
Attn: David A. Ricks, Chair & CEO
Lilly Corporate Center
Indianapolis, IN 46285

National Registered Agents, Inc.,
R/A for Eli Lilly & Company
334 North Senate Avenue
Indianapolis, IN 46204

  I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

  Under penalty of perjury, I declare that the foregoing is true and correct.

Date   <u>February 4, 2022</u>   Signature   <u>/s/ Gini L. Downing</u>

    Print Name:   <u>Gini L. Downing</u>
            Pachulski Stang Ziehl & Jones LLP
            10100 Santa Monica Blvd.
            13th Floor
    Business Address:   <u>Los Angeles, CA 90067</u>

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Eli Lilly and Company
   Attn: David A. Ricks, Chair & CEO
   Lilly Corporate Center
   Indianapolis, IN 46285

   9590 9402 3367 7227 2944 28

2. Article Number (Transfer from service label)

   7017 2400 0000 3936 7081

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(signed)_ Wardell
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): LARRY WARDELL
C. Date of Delivery: 2-8-22

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   National Registered Agents, Inc.,
   R/A for Eli Lilly & Company
   334 North Senate Avenue
   Indianapolis, IN 46204

   9590 9402 3367 7227 2944 11

2. Article Number (Transfer from service label)

   7017 2400 0000 3936 7074

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(signed)_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt