# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209–2 | User: admin | Date Created: 2/22/2022 |
| Case: 2–22–02012–PRW | Form ID: pdforder | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty     Ilan D Scharf     ischarf@pszjlaw.com
aty     Jason S Pomerantz     jspomerantz@pszjlaw.com

                                                                                                                                                                                                            TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
             Helen E Tuttle, Esq.     Faegre Drinker et al     600 Campus Drive     Florham Park NJ 07932

                                                                                                                                                                                                    TOTAL: 1